# EXHIBIT A

*Sarah Silva CA Opt-In Form*

# EXHIBIT A

# CONSENT TO JOIN COLLECTIVE ACTION

*Silva, et al. v. First Transit, Inc.*
United States District Court for the Northern District of California

**Complete and Return To:**
STEPHAN ZOURAS, LLP
Attn: First Transit Overtime Action
100 N. Riverside Plaza, Suite 2150
Chicago, IL 60606
Phone: 312-233-1550
Fax: 312-233-1560
E-mail: **lawyers@stephanzouras.com**

By signing below, I affirm that I worked as a full-time, hourly Paratransit Driver or other similarly titled position at First Transit, Inc. within the past three years and regularly performed unpaid work between split shifts.

I consent to join this lawsuit seeking unpaid overtime wages based on First Transit, Inc.'s alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201 *et. seq.*

I designate the law firm Stephan Zouras, LLP and other attorneys with whom they may associate to represent me for all purposes of this lawsuit.

I designate the Class Representative(s) as my agent(s) to make decisions on my behalf concerning this lawsuit, the method and manner of conducting the lawsuit, settlement, the entering of an agreement with Plaintiff's counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

3/23/2020
_____
Date

_____
Signature

Sarah Silva
_____
Print Name