Mark R. Thierman, Cal SB# 72913
Joshua D. Buck, Cal SB# 258325
THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500
Email: mark@thiermanbuck.com
Email: josh@thiermanbuck.com

James B. Zouras (*Pro Hac Vice forthcoming*)
Ryan F. Stephan (*Pro Hac Vice forthcoming*)
Teresa M. Becvar (*Pro Hac Vice forthcoming*)
STEPHAN ZOURAS, LLP
100 North Riverside Plaza, Suite 2150
Chicago, Illinois 60606
Tel: (312) 233-1550
Email: jzouras@stephanzouras.com
Email: rstephan@stephanzouras.com
Email: tbecvar@stephanzouras.com

David J. Cohen (*Pro Hac Vice forthcoming*)
STEPHAN ZOURAS, LLP
604 Spruce Street
Philadelphia, PA 19106
Tel: (215) 873-4836
Email: dcohen@stephanzouras.com
*Attorneys for Plaintiff, the general public, and all others similarly situated*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH SILVA, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>FIRST TRANSIT, INC., and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.: 3:20-cv-02285-SK<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to FRCP 7.1 and LR 13-5 the undersigned, counsel of record for Plaintiff

1  SARAH SILVA certifies that there are no known interested parties other than those to this action.
2  This representation is made to enable Judges of the Court to evaluate possible recusal.

4  DATED: April 8, 2020                                Respectfully Submitted,

5                                                      **THIERMAN BUCK LLP**

6                                                      _/s/ Mark R. Thierman_
7                                                      Mark R. Thierman
                                                       Joshua D. Buck
8                                                      Leah L. Jones

9                                                      STEPHAN ZOURAS, LLP
10                                                     James B. Zouras (PHV forthcoming)
                                                       Ryan F. Stephan (PHV forthcoming)
11                                                     David J. Cohen (PHV forthcoming)
12                                                     Teresa M. Becvar (PHV forthcoming)

13                                                     *Attorneys for Plaintiff*