**STEPHAN ZOURAS, LLC**
James B. Zouras (*Pro Hac Vice*)
jzouras@stephanzouras.com
Ryan F. Stephan (*Pro Hac Vice*)
rstephan@stephanzouras.com
Teresa M. Becvar (*Pro Hac Vice*)
tbecvar@stephanzouras.com
222 West Adams Street, Suite 2020
Chicago, Illinois 60606
Tel: (312) 233-1550
Fax: (312) 233-1560

David J. Cohen (*Pro Hac Vice*)
dcohen@stephanzouras.com
604 Spruce Street
Philadelphia, PA 19106
Tel: (215) 873-4836

(*Additional Counsel Continued on Next Page*)

**THIERMAN BUCK, LLP**
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email: info@thiermanbuck.com www.thiermanbuck.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SARAH SILVA, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST TRANSIT, INC., and DOES 1 through 10, inclusive,<br><br>Defendant(s). | Case No.: 4:20-cv-02285-JSW<br><br>**RE-NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF THE PARTIES' FLSA SETTLEMENT INCLUDING ATTORNEYS' FEES, COSTS, AND A SERVICE AWARD**<br><br>DATE:     October 25, 2024<br>TIME:      9:00 a.m.<br>DEPT:     Courtroom 5, 2nd Floor<br>JUDGE:   Hon. Jeffrey S. White<br><br>COMPLAINT FILED: April 3, 2020 |

**THIERMAN BUCK, LLP**
Mark R. Thierman, Esq., Cal. Bar No. 72913
mark@thiermanbuck.com
Joshua D. Buck, Esq., Cal. Bar No. 258325
josh@thiermanbuck.com
325 West Liberty Street
Reno, Nevada 89501
Tel: (775) 284-1500
Fax: (775) 703-5027

*Attorneys for Plaintiff and Members of the Collective Action*

THIERMAN BUCK, LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email: info@thiermanbuck.com www.thiermanbuck.com

## **RE-NOTICE OF UNOPPOSED MOTION**

PLEASE TAKE NOTICE that on October 25, 2024 at 9:00 a.m., or as soon beforehand[1] or thereafter as the matter may be heard by the Honorable Judge Jeffrey S. White of the United States District Court for the Northern District of California, located at 1301 Clay Street, Courtroom 5 – 2nd Floor, Oakland, CA 94612, named Plaintiff Sarah Silva, individually, and on behalf of the members of the collective action, respectfully moves this Court to approve Plaintiffs' Settlement Agreement with Defendant First Transit, Inc. Counsel for Plaintiffs conferred with counsel for Defendant, and Defendant does not oppose this Motion.

This Motion is based on: this Re-Notice of Motion and Plaintiffs' Unopposed Motion for Approval of The Parties' FLSA Settlement, Including Attorneys' Fees, Costs, and a Service Award; the Memorandum of Points and Authorities; the Declaration of Teresa M. Becvar and the exhibits thereto; the pleadings and papers on file in this action; all matters of which the Court may take notice; and any other such evidence, briefing, or argument that may be presented to the Court at or before the time of hearing.

Dated: September 4, 2024       */s/ Teresa M. Becvar*

Teresa M. Becvar

STEPHAN ZOURAS, LLC

Attorneys for Plaintiff Sarah Silva
and the Members of the Collective Action

---

[1] The Parties will waive the notice requirements if the Court is able to hear this matter earlier.