**STEPHAN ZOURAS, LLC**
James B. Zouras (*Pro Hac Vice*)
jzouras@stephanzouras.com
Ryan F. Stephan (*Pro Hac Vice*)
rstephan@stephanzouras.com
Teresa M. Becvar (*Pro Hac Vice*)
tbecvar@stephanzouras.com
222 West Adams Street, Suite 2020
Chicago, Illinois 60606
Tel: (312) 233-1550
Fax: (312) 233-1560

David J. Cohen (*Pro Hac Vice*)
dcohen@stephanzouras.com
604 Spruce Street
Philadelphia, PA 19106
Tel: (215) 873-4836

(*Additional Counsel Continued on Next Page*)

**THIERMAN BUCK, LLP**
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email: info@thiermanbuck.com www.thiermanbuck.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH SILVA, individually, and on behalf of other members of the general public similarly situated,<br><br>                    Plaintiff,<br><br>          vs.<br><br>FIRST TRANSIT, INC., and DOES 1 through 10, inclusive,<br><br>                    Defendant(s). | Case No.: 4:20-cv-02285-JSW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF THE PARTIES' FLSA SETTLEMENT INCLUDING ATTORNEYS' FEES, COSTS, AND A SERVICE AWARD**<br><br>DATE:      October 18, 2024<br>TIME:       9:00 a.m.<br>DEPT:      Courtroom 5, 2nd Floor<br>JUDGE:    Hon. Jeffrey S. White<br><br>COMPLAINT FILED: April 3, 2020 |

**THIERMAN BUCK, LLP**
Mark R. Thierman, Esq., Cal. Bar No. 72913
mark@thiermanbuck.com
Joshua D. Buck, Esq., Cal. Bar No. 258325
josh@thiermanbuck.com
325 West Liberty Street
Reno, Nevada 89501
Tel: (775) 284-1500
Fax: (775) 703-5027

*Attorneys for Plaintiff and Members of the Collective Action*

Plaintiffs' Unopposed Motion for Approval of the Parties' FLSA Settlement Including Attorneys' Fees, Costs, and a Service Award came regularly for hearing on October 18, 2024 at 9:00 a.m.

The Court has carefully considered the Motion and all exhibits thereto, all the filings related to the Settlement Agreement, the arguments of counsel, and the record in this case. The Court finds: (1) the Settlement Agreement resolves a *bona fide* dispute; (2) the Settlement Agreement is fair and reasonable; (3) the award of attorney's fees and costs are reasonable; and (4) a service award to the Named Plaintiff is warranted.

Based on these findings, and for good cause shown, the Court issues the following ORDER:

1.  The Motion for approval of the FLSA Settlement is GRANTED;

2.  The Parties are directed to effectuate the Settlement as described in their Settlement Agreement.

3.  The Court directs payment to the Named Plaintiff and 861 Opt-In Plaintiffs pursuant to the terms of the Settlement Agreement.

4.  The Court awards $500,000.00 in attorneys' fees and $36,000.00 in costs to Plaintiffs' counsel, Stephan Zouras, LLC, and orders payment of these amounts in accordance with the terms of the Settlement Agreement.

5.  The Court finds that Named Plaintiff Sarah Silva, in prosecuting this case on behalf of the collective, made a substantial contribution to its outcome, and is therefore deserving of a service award of $5,000.00 in recognition of her efforts. The Court orders payment of this amount in accordance with the terms of the Settlement Agreement.

6.  The Court approves Simpluris as the Settlement Administrator for this action and grants a $4,000.00 settlement administration fee pursuant to the terms of the Settlement Agreement.

7.  The Court approves the terms of the Release defined in the Settlement Agreement.

3

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF THE PARTIES' FLSA SETTLEMENT**
**Case No. 4:20-cv-02285-JSW**

8. The Court DISMISSES this action with prejudice, retaining jurisdiction for the sole purpose of implementation and enforcement of the Settlement Agreement until each and every act agreed to be performed by the Parties has been performed.

**IT IS SO ORDERED.**

DATED this 25th day of October, 2024.

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

THIERMAN BUCK, LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email: info@thiermanbuck.com www.thiermanbuck.com